

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARK RAYMOND LAPAPA | CIVIL ACTION |
| VERSUS | NO. 04-1241 c/w 04-1125 |
| NATIONAL RAILROAD PASSENGER CORPORATION, ET AL | SECTION "N" |

### JUDGMENT

Considering the answers of the jury to the interrogatories propounded by the Court at the trial of this matter; and further considering the direction of the Court as to entry of judgment; accordingly,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of plaintiff, Mark Raymond LaPaPa, and against defendants, National Railroad Passenger Corporation d/b/a Amtrak, and Canadian National a/k/a Illinois Central Railroad Company, in the amount of $5,577.47 with interest from the date of judicial demand and with costs.

New Orleans, Louisiana, this 20th day of July, 2005.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

```
___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____
```